## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 834 | **DATE** | 12/13/2007 |
| **CASE TITLE** | USA vs. ZUBAIR AHMED | | |

**DOCKET ENTRY TEXT**

Pursuant to the government's oral motion to dismiss the complaint, order complaint filed without being Subscribed and Sworn. Government's oral motion to dismiss the complaint is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DL |
|---|---|---|