## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 834 | **DATE** | 12/13/2007 |
| **CASE TITLE** | USA vs. ZUBAIR AHMED | | |

**DOCKET ENTRY TEXT**

Government's oral motion to dismiss the complaint is granted.

| | Courtroom Deputy Initials: | JS |
|---|---|---|