## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                      Case No.: 1:07−cr−00834

                                              Honorable John Robert Blakey

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 10, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 4/10/2019. Defendant, Zubair Ahmed (1) present in court on bond with the assistance of defense counsel. Government's motion to modify conditions of release [13] is granted. Enter order modifying conditions of release. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.