**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 834 |
| | ) | |
| ZUBAIR AHMED | ) | Judge John Robert Blakey |
| | ) | |
| Defendant. | ) | |

**ORDER**

This cause coming to be considered on the government's unopposed request for a modification of defendant's conditions of supervised release, with concurrence from the United States Probation Office, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The defendant shall comply with the requirements of the Computer and Internet Monitoring Program as administered by the United States Probation Office. The defendant shall consent to the installation of computer monitoring software on any identified computer to which he has access. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of the installation to warn others of the existence of the monitoring software. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software.

2. The cost of the monitoring shall be paid by the defendant at the monthly contractual rate, if the defendant is financially able, subject to satisfaction of other financial obligations imposed by the original judgment.

3. The defendant shall not possess or use any device with access to any online computer service at any location (including place of employment) without the prior approval of a probation officer. This includes any Internet service provider, bulletin board system, or any other public or private network or email system.

Dated: 5/23/2019

_____
Honorable John Robert Blakey
United States District Judge